# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Christopher Matthew CLEMENTS<br>DOB: 1982; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>08-06042M |

FILED
RECEIVED
FEB 19 2008
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Complaint for violation of Title 18 United States Code § 2250(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about February 15, 2008, at Tucson, in the District of Arizona, the defendant, CHRISTOPHER MATTHEW CLEMENTS, having previously been convicted of two counts of Unlawful Penetration with a Foreign Object, in violation of Oregon Revised Statue Chapter 163.411 in case number 97-11-38983, on June 3, 1998, in the Circuit Court of the State of Oregon for the County of Multnomah, which required him to register and maintain current registration as a sex offender, did knowingly fail to register and update a registration as required by the Sex Offender Registration and Notification Act, after having traveled in interstate commerce into the state of Arizona in or about October, 2007, all in violation of Title 18, United States Code, Section 2250(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On June 3, 1998, Christopher Matthew Clements was convicted in the Circuit Court of the State of Oregon for the County of Multnomah of violating Oregon Revised Statute Chapter 163.411, Unlawful Sexual Penetration with a Foreign Object (two counts) in case number 97-11-38983. Based on this conviction, Clements is required to register for 25 years pursuant to the Sex Offender Registration and Notification Act. In July 2007, Clements registered in Oregon providing an address in Portland. On that registration form, Clements acknowledged, if he moved out of state, he was required to register with the appropriate agency in the new state. Additionally, in December 2006, Clements was convicted of failing to register as a sex offender in Bay City, Florida after having moved to that state and not registering. In or about October 2007, Clements traveled in interstate commerce from Oregon to Tucson, Arizona to reside. In November 2007, Clements moved to 250 North Arcadia #1002 in Tucson where he continued to reside until February 15, 2008. A records check verified Clements has never registered as a sex offender in Arizona. All this is in violation of 18 U.S.C. Section 2250.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

Detention Recommended

Being duly Recommend sworn, I declare that the foregoing is true and correct to the best of my knowledge.
SKC/km
AUTHORIZED BY: AUSA

Sworn to before me and subscribed in my presence.

SIGNATURE OF MAGISTRATE JUDGE

SIGNATURE OF COMPLAINANT (official title)

OFFICIAL TITLE
Deputy U.S. Marshal

DATE
February 19, 2008

[1] See Federal rules of Criminal Procedure Rules 3 and 54